IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS ALEXANDER RIDDLE, | CIVIL NO. 04-415-ST |
| Petitioner, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| v. | |
| INTERNAL REVENUE SERVICE and OREGON DEPARTMENT OF REVENUE, | |
| Respondents. | |

**MOSMAN, J.,**

On August 26, 2004, Magistrate Judge Stewart issued Findings and Recommendation (Doc. 49) in the above-captioned case recommending respondent Oregon Department of Revenue's motion to dismiss (Doc. 37) be GRANTED. Petitioner Riddle filed an objection (Doc. 54) to the Findings and Recommendation on September 14, 2004.

In addition, Magistrate Judge Stewart also issued Findings and Recommendation (Doc. 48) recommending DENYING petitioner's Writ of Praecipe to the Clerk. (Doc. 34).

After *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b), the court ADOPTS the Findings and Recommendations as the opinion of this court and DENIES the Writ of Praecipe to the Clerk and GRANTS the motion to dismiss.

IT IS SO ORDERED.

DATED:   Portland, Oregon,  this   8th   day of October, 2004.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge