IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUGLAS ALEXANDER RIDDLE,

          Plaintiff,

v.

INTERNAL REVENUE SERVICE, et al.,

          Defendant.

Civil No. CV 04-415-ST

**JUDGMENT**

**MOSMAN, J.,**

Based on the ORDER adopting Magistrate Judge's Findings and Recommendations entered on October 8, 2004, and the record herein,

IT IS ORDERED AND ADJUDGED that the above captioned matter is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

Dated this   19th   day of October, 2004.

          /s/ Michael W. Mosman
          Michael W. Mosman
          United States District Judge